**Fill in this information to identify the case:**

Debtor 1: Woodard Williams

Debtor 2: Jacquelyn Williams
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois
(State)

Case number: 12 B 37498

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** CITIMORTGAGE, INC.

**Last 4 digits** of any number you use to identify the debtor's account: 4 4 9 8

**Property address:** 5924 WEST Superior STREET
Number  Street

Chicago   IL   60644
City   State   ZIP Code

**Court claim no.** (if known): _____

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 10 / 01 / 2017
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___/___/___
MM / DD / YYYY

---

| Debtor 1 | Woodard Williams | Case number (*if known*) | 12 B 37498 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**Signature:** ✗ /s/Jennifer Puckett

**Date:** 09/19/2017

**Print:** Jennifer  Puckett
First Name  Middle Name  Last Name

**Title:** Bankruptcy Specialist III

**Company:** CitiMortgage, Inc.

If different from the notice address listed on the proof of claim to which this response applies:

**Address:** PO BOX 6040
Number  Street

Sioux Falls    SD    57117
City    State    ZIP Code

**Contact phone:** (866) 613–5636

**Email:** CitiBKAudit@citi.com

**Case No:** 12 B 37498

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 9/19/2017

Chapter 13 Trustee: Tom Vaughn
Trustee Address: 55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Debtor's Counsel Name: Kristin K Beilke
Debtor's Counsel Address: Geraci Law L.L.C.
55 E Monroe St #3400
Chicago, IL 60603

Debtor 1 Name: Woodard Williams
Debtor 2 Name: Jacquelyn Williams
Debtor's Mailing Address: 5924 W Superior
Chicago, IL 60644

Signature: /s/Jennifer Puckett
Title: Bankruptcy Specialist III
Company: CitiMortgage, Inc.
Address: PO BOX 6040
Sioux Falls, SD 57117
Phone: 866-613-5636
Email: CitiBKAudit@citi.com